

U. S. Department of Justice

Robert J. Higdon, Jr.
United States Attorney
Eastern District of North Carolina

Terry Sanford Federal Building
310 New Bern Avenue
Suite 800
Raleigh, North Carolina 27601-1461

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: October 27, 2020

TO: Clerk's Office
United States District Court
Raleigh, North Carolina

FROM: ADAM F. HULBIG
Assistant United States Attorney
Criminal Division

SUBJECT: United States v. Sharita Mathis RICHARDSON
Docket No._____ - Western Division

The above-named defendant is being charged by Criminal Information with conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349.

This case is related to United States v. Reginald Van Reese, Jr., Case No. 5:18-CR-78-FL, in that the instant case arises out of the same criminal activity. Substantial duplication of labor would be caused if the cases were heard by different judges.

Reviewed and approved by:

ROBERT J. HIGDON, JR.
United States Attorney